UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

ATLANTIC RECORDING CORPORATION,
et al.,

                Plaintiffs,

       v.                                          5:05-CV–0919

PAULA TERRELL,

                Defendant.
_____

APPEARANCES:                                  OF COUNSEL:

FOR PLAINTIFFS:

WOLFORD, LECLAIR LAW FIRM          STEVEN E. COLE, ESQ.
16 East Main St.
600 Reynolds Arcade Bldg.
Rochester, NY 14614


FOR DEFENDANT:

[NONE]


NORMAN A. MORDUE, CHIEF JUDGE

## ORDER

     The above matter comes to me following a Report-Recommendation by Magistrate Judge David E. Peebles, duly filed on the 23rd day of May, 2006.  Following ten days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.     After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

     ORDERED, that:

1. The Report-Recommendation is hereby approved.

2. The Clerk shall enter judgment pursuant to the Report and Recommendation. The plaintiffs are awarded, as part of the judgment to be entered in this action, statutory damages in the total amount of $8,250.00, together with a permanent injunction, without prejudice to plaintiffs' right to seek recovery of costs in the amount of $275.00, upon submission of proper documentation.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

IT IS SO ORDERED.

Dated: June 8, 2006
Syracuse, New York

_____
Norman A. Mordue
Chief United States District Court Judge