# United States District Court
## Northern District of New York

## JUDGMENT IN A CIVIL CASE

**ATLANTIC RECORDING CORPORATION; et al.**

          **V.**          **CASE NUMBER: 5:05-CV-919(NAM/DEP)**

**PAULA TERRELL**

**[ ]**    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**[XX]**    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of PLAINTIFFS against DEFENDANT for statutory damages in the total amount of $8,250.00 together with a permanent injunction pursuant to the Order of the Hon. Norman A. Mordue dated June 8, 2006.

DATED:    June 8, 2006

*[signature]*
Clerk of Court

LKB:lmp